**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**SAAD ALJOHER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| SAAD ALJOHER, | No.   2:19-cv-01247-EFB |
| Plaintiff, | |
| | STIPULATION AND  [proposed] ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Andrew Saul, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to June 11, 2020.

    This is a first extension, requested at least one business day after the original due date for this motion. Plaintiff's attorney has filed or will file five or six federal court briefs during May, but also has an unusually large number of hearings for which prehearing briefs must be filed,

including at least eight in the last two weeks of May, and must do at least one federal court brief in June before this one.

Dated:   May 18, 2020                               /s/   *Jesse S. Kaplan*
                                                   JESSE S. KAPLAN
                                                   Attorney for Plaintiff


                                                   McGREGOR W. SCOTT
                                                   United States Attorney
                                                   DEBORAH LEE STACHEL
                                                   Regional Counsel, Region IX
                                                   Social Security Administration

Dated:   May 18, 2020                                */s/ per e-mail authorization*
                                                   MARCELO ILLARMO
                                                   Special Assistant U.S. Attorney
                                                   Attorney for Defendant

## **ORDER**

   For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is granted.  Plaintiff shall file his motion for summary judgment by June 11, 2020.

   SO ORDERED.

Dated:  May 20, 2020.

                                                   _____
                                                   EDMUND F. BRENNAN
                                                   UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2