**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**SAAD ALJOHER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **SAAD ALJOHER,** | No.   2:19-cv-01247-EFB |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
| v. | |
| **Andrew Saul,** **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to August 17, 2020.

This would be a first extension. This brief is currently due August 3, but plaintiff's counsel filed one reply brief July 31, will file another August 5 or 6, has at least one other reply brief due, August 10, as well as other work, including hearings in these Social Security cases and preparation of one or more *ERISA* complaints.

[Pleading Title] - 1

Dated:    August 3, 2020                    /s/    *Jesse S. Kaplan*
                                            JESSE S. KAPLAN
                                            Attorney for Plaintiff


                                            McGREGOR W. SCOTT
                                            United States Attorney
                                            DEBORAH LEE STACHEL
                                            Regional Counsel, Region IX
                                            Social Security Administration


Dated:   August 3, 2020                      */s/ per e-mail authorization*
                                            MARCELO ILLARMO
                                            Special Assistant U.S. Attorney
                                            Attorney for Defendant


## ORDER

   For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is granted.  Plaintiff shall file a reply brief by August 17, 2020.

   SO ORDERED.

Dated:  August 4, 2020.

                                            _____
                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2